IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,

               Plaintiff,

    vs.

JOSEPH LUIS GARCIA,

               Defendant.

**4:22CR3039**

**ORDER**

The court has been notified that Defendant will not be entering a plea of guilty on November 29, 2022.

Accordingly,

IT IS ORDERED:

1) The change of plea hearing is continued pending further order of the court. It will not be reset until the court receives signed plea paperwork.

2) A telephonic conference with counsel will be held before the undersigned magistrate judge at 1:00 p.m. on November 28, 2022 to discuss the date of the jury trial and the deadlines for Rule 16 expert disclosures, or further disclosures under Rules 16(a)(1)(G) and/or 16(b)(1)(C) of the Federal Rules of Criminal Procedure. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call. Unless the court states otherwise, Defendants are excused from and need not attend this hearing.

Dated this 27th day of November, 2022.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge