IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **4:22CR3039** |
| vs. | |
| JOSEPH LUIS GARCIA, | **ORDER** |
| Defendant. | |

The parties have moved to continue the trial, (Filing No. 31), because they are engaged in negotiating a plea to globally resolve both this case and a state case. The motion to continue is unopposed. Based on the showing set forth in the motion, the court finds the motion should be granted. Accordingly,

IT IS ORDERED:

1) The parties' motion to continue, (Filing No. 31), is granted.

2) The trial of this case is continued pending further order of the court.

3) A telephonic conference with counsel will be held before the undersigned magistrate judge at 10:00 a.m. on February 7, 2023 to discuss setting a change of plea hearing, or the date of the jury trial and deadlines for disclosing experts as required under Rule 16. Counsel for all parties shall use the conferencing instructions provided by the court to participate in the call.

4) The ends of justice served by granting the motion to continue outweigh the interests of the public and the defendant in a speedy trial, and the additional time arising as a result of the granting of the motion, the time between today's date and February 7, 2023 shall be deemed excludable time in any computation of time under the requirements of the Speedy Trial Act, because although counsel have been duly diligent, additional time is needed to adequately

prepare this case for trial and failing to grant additional time might result in a miscarriage of justice. 18 U.S.C. § 3161(h)(1) & (h)(7). Failing to timely object to this order as provided under this court's local rules will be deemed a waiver of any right to later claim the time should not have been excluded under the Speedy Trial Act.

Dated this 2nd day of January, 2023.

> BY THE COURT:
>
> *s/ Cheryl R. Zwart*
> United States Magistrate Judge