IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>JOSEPH LUIS GARCIA,<br><br>    Defendant. | 4:22CR3039<br><br>**ORDER** |

IT IS ORDERED:

1) The government's motion, (Filing No. 50), is granted.

2) The deadline for filing a brief(s) in response to Defendant's motions to dismiss is extended to October 27, 2023.

3) The trial of this case is continued pending further order of the court.

Dated this 18th day of October, 2023.

BY THE COURT:

*s/ Cheryl R. Zwart*
United States Magistrate Judge